THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMENEND MATTHEWS,                          :
                                            :
              Plaintiff,                    :
       v.                                   :        3:18-CV-515
                                            :        (JUDGE MARIANI)
SHERRY BARBOUR, et al.,                     :
                                            :
              Defendants.                   :

## ORDER

AND NOW, THIS _20th_ DAY OF MAY, 2019, upon review of Magistrate Judge

Arbuckle's Report and Recommendation ("R&R") (Doc. 16) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 16) is **ADOPTED AS MODIFIED**. Plaintiff's Complaint (Doc. 1) is

   **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff is granted leave to amend his Complaint **within twenty-eight (28) days**

   **from the date of this Order** to set forth proper Eighth Amendment claims. Failure

   to amend the Complaint may result in dismissal of this action with prejudice.

3. The case is **REMANDED** to Magistrate Judge Arbuckle for further proceedings

   consistent with this Order.

_____
Robert D. Mariani
United States District Judge