# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMENEND MATTHEWS, | : |
| Plaintiff, | : |
| v. | : 3:18-CV-515 |
| | : (JUDGE MARIANI) |
| SHERRY BARBOUR, et al., | : (Magistrate Judge Arbuckle) |
| Defendants. | : |

## ORDER

AND NOW, THIS _14th_ DAY OF DECEMBER 2019, upon consideration of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge

---

[1] Plaintiff did not file objections to the R&R which, when mailed to Plaintiff, was returned as undeliverable. (Doc. 20.) Pursuant to the Standard Practice Order issued in this case on March 6, 2018, Plaintiff was informed that "[a] pro se plaintiff has the affirmative obligation to keep the court informed of his or her current address." (Doc. 5 at 6.)